MICHAEL D. HERSH - *[State Bar No.144095]*
mhersh@cta.org
CALIFORNIA TEACHERS ASSOCIATION - LEGAL DEPARTMENT
11745 East Telegraph Road
Santa Fe Springs, California   90670
Telephone: 562.478.1348
Fax: 562.478.1434

Attorneys for Union Intervenors CALIFORNIA TEACHERS ASSOCIATION; and CAPISTRANO UNIFIED EDUCATION ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| CHAD FARNAN, a minor, by and through his parents BILL FARNAN and TERESA FARNAN,<br><br>Plaintiff,<br><br>v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT; DR. JAMES CORBETT, et al.,<br><br>Defendants.<br><br>CALIFORNIA TEACHERS ASSOCIATION/NEA; and CAPISTRANO UNIFIED EDUCATION ASSOCIATION,<br><br>Union Intervenors for Defendants. | Case No. : SACV-07-1434 JVS (ANx)<br><br>*BEFORE THE HONORABLE JAMES V. SELNA – COURTROOM 10C*<br><br>**UNION INTERVENORS' JOINDER TO DEFENDANTS' MOTION FOR ORDER AMENDING SCHEDULING ORDER & TO AMEND ANSWER TO ASSERT QUALIFIED IMMUNITY; AND MOTION FOR DETERMINATION THAT DR. CORBETT IS ENTITLED TO QUALIFIED IMMUNITY**<br><br>**MOTIONS PENDING**<br><br>DATE:        August 31, 2009<br>TIME:        1:30 p.m.<br>COURTROOM:   10C/Judge Selna |

California Teachers Association and Capistrano Unified Education Association join Defendants' submission of their Motion for Order Amending Scheduling Order and to Amend Answer to Assert Qualified Immunity as an

-1-

38374

Affirmative Defense; and Motion for a Determination that Dr. Corbett is Entitled to Qualified Immunity and adopt these motions as if filed by Union Intervenors.

Respectfully submitted,

DATED: July 30, 2009     CALIFORNIA TEACHERS ASSOCIATION

By: /S/
Michael D. Hersh
Attorneys for Union Intervenors CTA and CUEA