# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 07-01434-JVS (ANx) | Date | August 18, 2009 |
| Title | C.F. v. Capistrano Unified School District, et al., | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Additional Briefing regarding the Motion to Amend Scheduling Order and for Leave to File an Amended Answer and Motion for a Determination re Qualified Immunity

    Defendants Capistrano Unified School District ("District") and Dr. James C. Corbett ("Corbett"), (collectively, "School Defendants"), have filed a motion to amend the Scheduling Order and for leave to amend their Answer as well as a motion for a determination regarding qualified immunity. (Docket Nos. 105-06.) Plaintiff C.F., by and through his parents Bill Farnan and Teresa Farnan, (collectively, "Farnan"), opposes the motions. (Docket Nos. 109-10.)

    The California Teachers Association ("CTA") and Capistrano Unified Education Association ("CUEA"), (collectively, "Unions"), asserted the affirmative defense of qualified immunity in their Answer to the First Amended Complaint. (Docket No. 27, ¶ 6.) The parties shall submit no more than 3 pages on the following question no later than 12:00 p.m. on Thursday, August 20, 2009:
What effect does the Unions' pleading of qualified immunity have on the question of whether the School Defendants should now be able to seek a determination regarding qualified immunity?[1]

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |

---

[1] The parties need not reiterate the arguments set forth in their briefs regarding notice.