UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-01434-JVS (ANx) | Date | August 31, 2009 |
| Title | C.F., etc. v. Capistrano Unified School District , et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer Monk | Daniel Spradlin |
| Robert Tyler | Michael Hersch |

**Proceedings:**    Defendant Capistrano Unified School District 's Motion to Amend Scheduling Conference and to Amend Answer to Assert Qualified Immunity as and Affirmative Defense (fld 7-24-09)

Defendants Capistrano Unified School District and James Corbett's Motion for a Determination that Dr. Corbett is Entitled to Qualified Immunity (Fld 7-24-09)

California Teachers Association's Joinder in Motion for Determination that Dr. Corbett is Entitled to Qualified Immunity (FLD 7-30-09)

   Cause called and counsel make their appearances.   The Court's tentative ruling is issued.   Counsel make their arguments.  The Court takes the above referenced motions under submission.

|  |  | 00 | : | 28 |
|---|---|---|---|---|
| | Initials of Preparer | kjt | | |