WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
ROBERTA A. KRAUS - State Bar No. 117658
bkraus@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CAPISTRANO UNIFIED SCHOOL DISTRICT and DR. JAMES CORBETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD FARNAN, a minor, by and through his parents BILL FARNAN and TERESA FARNAN,<br><br>Plaintiff,<br><br>v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT; DR. JAMES CORBETT, individually and in his official capacity as an employee of Capistrano Unified School District; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>CALIFORNIA TEACHERS ASSOCIATION/NEA; and CAPISTRANO UNIFIED EDUCATION ASSOCIATION,<br><br>Union Intervenors/Defendants. | CASE NO.: SACV07-1434-JVS (ANx)<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT** |

PLEASE TAKE NOTICE that the [Proposed] Judgment attached as Exhibit "A" is lodged with the Court as of September 17, 2009.

DATED: September 16, 2009    WOODRUFF, SPRADLIN & SMART, APC

By: _____
ROBERTA A. KRAUS
Attorneys for Defendants

1

652155.1

# EXHIBIT A

WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
ROBERTA A. KRAUS - State Bar No. 117658
bkraus@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CAPISTRANO UNIFIED SCHOOL DISTRICT and DR. JAMES CORBETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD FARNAN, a minor, by and through his parents BILL FARNAN and TERESA FARNAN,<br><br>Plaintiffs,<br><br>v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT; DR. JAMES CORBETT, individually and in his official capacity as an employee of Capistrano Unified School District; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>CALIFORNIA TEACHERS ASSOCIATION/NEA; and CAPISTRANO UNIFIED EDUCATION ASSOCIATION,<br><br>Union Intervenors/Defendants. | CASE NO.: SACV07-1434-JVS (ANx)<br><br>**[PROPOSED] JUDGMENT** |

This Court, having on May 1, 2009, granted the motion for summary judgment brought by Plaintiffs Chad Farnan, a minor, by and through his parents Bill Farnan and Teresa Farnan, against Defendant Dr. James Corbett with respect to the "Peloza statement" only; and

1

652143.1

**EXHIBIT A**

1   This Court, having on May 1, 2009, granted the motions for summary judgment brought by Defendants Capistrano Unified School District and Dr. James Corbett and Union Intervenors/Defendants California Teachers Association/NEA and Capistrano Unified Education Association against Plaintiffs Chad Farnan, a minor, by and through his parents Bill Farnan and Teresa Farnan, with respect to all other statements and with respect to Defendant Capistrano Unified School District's liability; and

This Court, having on September 15, 2009, granted the motion of Defendants Capistrano Unified School District and Dr. James Corbett to amend the scheduling order and to file an amended answer to assert the qualified immunity defense on Dr. Corbett's behalf, and also granted the motion for qualified immunity in Dr. Corbett's favor;

NOW, THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Chad Farnan shall take nothing by way of his complaint against Defendants Capistrano Unified School District and Dr. James Corbett and Union Intervenors/Defendants California Teachers Association/NEA and Capistrano Unified Education Association and that Defendants Capistrano Unified School District and Dr. James Corbett and Union Intervenors/Defendants California Teachers Association/NEA and Capistrano Unified Education Association shall recover from said Plaintiffs Chad Farnan, a minor, by and through his parents Bill Farnan and Teresa Farnan, their costs of suit.

DATED: _____      _____
HONORABLE JAMES V. SELNA,
UNITED STATES DISTRICT COURT
JUDGE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On September 17, 2009, I served the foregoing document(s) described as **NOTICE OF LODGING [PROPOSED] JUDGMENT; [PROPOSED] JUDGMENT**

- ☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

- ☒ by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list:

- ☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

- ☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

- ☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

- ☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

- ☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

- ☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on September 17, 2009 at Costa Mesa, California.

Laura F. Perez

566895.1

## CHAD FARNAN et al. v. CAPISTRANO UNIFIED SCHOOL DISTRICT
## USDC CASE NO. SACV07-1434-JVS (ANx))
## ASSIGNED TO: HON. JAMES V. SELNA

## ATTACHED SERVICE LIST

| | |
|---|---|
| ADVOCATES FOR FAITH AND FREEDOM<br>Jennifer L. Monk, Esq.<br>24910 Las Brisas Road, Suite 110<br>Murrieta, CA 92562<br>Telephone: (951) 304-7583<br>Facsimile: (951) 600-4996 | Attorneys for Plaintiff<br>**CHAD FARNAN, a minor, by and through his parents BILL FARNAN and TERESA FARNAN** |
| Michael D. Hersh, Esq.<br>CALIFORNIA TEACHERS ASSOCIATION –<br>LEGAL DEPARTMENT<br>11745 East Telegraph Rd.<br>Santa Fe Springs, CA 90670<br>Telephone: (562) 478-1410<br>Facsimile: (562) 478-1434 | Attorneys for Intervenors<br>**CALIFORNIA TEACHERS ASSOCIATION and CAPISTRANO UNIFIED EDUCATION ASSOCIATION** |

1/6/09

566895.1