WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
ROBERTA A. KRAUS - State Bar No. 117658
bkraus@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CAPISTRANO UNIFIED SCHOOL DISTRICT and DR. JAMES CORBETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD FARNAN, a minor, by and through his parents BILL FARNAN and TERESA FARNAN,<br><br>Plaintiffs,<br><br>v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT; DR. JAMES CORBETT, individually and in his official capacity as an employee of Capistrano Unified School District; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: SACV07-1434-JVS (ANx)<br><br>**JUDGMENT** |
| CALIFORNIA TEACHERS ASSOCIATION/NEA; and CAPISTRANO UNIFIED EDUCATION ASSOCIATION,<br><br>Union Intervenors/Defendants. | |

This Court, having on May 1, 2009, granted the motion for summary judgment brought by Plaintiffs Chad Farnan, a minor, by and through his parents Bill Farnan and Teresa Farnan, against Defendant Dr. James Corbett with respect to the "Peloza statement" only; and

1

652143.1

1  This Court, having on May 1, 2009, granted the motions for summary judgment brought by Defendants Capistrano Unified School District and Dr. James Corbett and Union Intervenors/Defendants California Teachers Association/NEA and Capistrano Unified Education Association against Plaintiffs Chad Farnan, a minor, by and through his parents Bill Farnan and Teresa Farnan, with respect to all other statements and with respect to Defendant Capistrano Unified School District's liability; and

This Court, having on September 15, 2009, granted the motion of Defendants Capistrano Unified School District and Dr. James Corbett to amend the scheduling order and to file an amended answer to assert the qualified immunity defense on Dr. Corbett's behalf, and also granted the motion for qualified immunity in Dr. Corbett's favor;

NOW, THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Chad Farnan shall take nothing by way of his complaint against Defendants Capistrano Unified School District and Dr. James Corbett and Union Intervenors/Defendants California Teachers Association/NEA and Capistrano Unified Education Association. Defendants Capistrano Unified School District and Dr. James Corbett and Union Intervenors/Defendants California Teachers Association/NEA and Capistrano Unified Education Association may apply to the Court for their costs of suit and attorney's fees, Fed. R. Civ. P. 54(d)(1), L.R. 54-3, 42 U.S.C. § 1988, the entitlement to which the Court shall separately determine.

DATED: September 24, 2009

HONORABLE JAMES V. SELNA,
UNITED STATES DISTRICT COURT JUDGE

652143.1