1  J. CRAIG JOHNSON (Bar No. 137254)
   cjohnson@tennerjohnson.com
2  JEAN M. SEDLAK
   jsedlak@tennerjohnson.com
3  CHRISTIAN A. HICKERSBERGER (Bar No. 260873)
   chickersberger@tennerjohnson.com
4  TENNER JOHNSON LLP
   11810 Pierce Street, Suite 300
5  Riverside, California 92505-5173
   TEL: 951.353.8000
6  FAX: 951.353.8003

7  ERWIN CHEMERINSKY
   echemerinsky@law.uci.edu
8  University of California Irvine School of Law
   401 E. Peltason Drive, 1095
9  Irvine, California 92697-8000
   TEL: 949.824.7722
10 FAX: 949.824.7336

11 Attorneys for Defendant DR. JAMES CORBETT

13 **UNITED STATES DISTRICT COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD FARNAN, a minor, by and through his parents, BILL FARNAN and TERESA FARNAN, <br><br> Plaintiff, <br><br> v. <br><br> CAPISTRANO UNIFIED SCHOOL DISTRICT; DR. JAMES CORBETT, individually and in his official capacity as an employee of Capistrano Unified School District; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: SACV07-1434-JVS (ANx) <br><br> **REPRESENTATION STATEMENT OF DEFENDANT DR. JAMES CORBETT** |
| CALIFORNIA TEACHERS ASSOCIATION/NEA; and CAPISTRANO UNIFIED EDUCATION ASSOCIATION, <br><br> Union Intervenors/Defendants. | |

TENNER JOHNSON LLP
LOS ANGELES | RIVERSIDE

The undersigned represent DR. JAMES CORBETT, defendant and appellee in this matter, and no other party. The following is a list of all of the parties to the action and the information regarding their respective counsel. *See* F.R.A.P. 12(b); *see also* Ninth Circuit Rule 3-2(b).

**Plaintiff CHAD FARNAN, a minor,**
**by and through his parents, BILL FARNAN and TERESA FARNAN**
Robert H. Tyler (Bar No. 179572)
Jennifer L. Monk (Bar No. 245512)
ADVOCATES FOR FAITH AND FREEDOM
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Telephone: 951.304.7583
Facsimile: 951.600.4996
Email: rtyler@faith-freedom.com
jmonk@faith-freedom.com

**Defendant CAPISTRANO UNIFIED SCHOOL DISTRICT**
Daniel K. Spradlin (Bar No. 82950)
Roberta A. Kraus (Bar No. 117658)
Caroline Anne Byrne (Bar No. 196541)
WOODRUFF, SPRADLIN & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: 714.558.7000
Facsimile: 714.835.7787
Email: dspradlin@wss-law.com
rkraus@wss-law.com
cbyrne@wss-law.com

**Intervenors CALIFORNIA TEACHERS ASSOCIATION and**
**CAPISTRANO UNIFIED EDUCATION ASSOCIATION**
Michael D. Hersh (Bar No. 144095)
CALIFORNIA TEACHERS ASSOCIATION – LEGAL DEPARTMENT
11745 East Telegraph Road
Santa Fe Springs, California 90670
Telephone: 562.478.1348
Facsimile: 562.478.1434
Email: mhersh@cta.org

**Defendant DR. JAMES CORBETT**
J. Craig Johnson (Bar No. 137254)
Christian A. Hickersberger (Bar No. 260873)
Jean M. Sedlak
TENNER JOHNSON LLP
11810 Pierce St., Ste. 300
Riverside, California 92505
Telephone: 951.353.8000
Facsimile: 951.353.8003
Email: cjohnson@tennerjohnson.com
chickersberger@tennerjohnson.com
jsedlak@tennerjohnson.com

///

Case 8:07-cv-01434-JVS-AN   Document 142   Filed 10/26/2009   Page 3 of 5



**Defendant DR. JAMES CORBETT**
Erwin Chemerinsky
UNIVERSITY OF CALIFORNIA IRVINE SCHOOL OF LAW
401 E. Peltason Drive, 1095
Irvine, California 92697-8000
Telephone: 949.824.7722
Facsimile: 949.824.7336
Email: echemerinsky@law.uci.edu

DATED: October 26, 2009

TENNER JOHNSON LLP


By: /s/ J. Craig Johnson
    J. Craig Johnson
    Jean M. Sedlak
    Christian A. Hickersberger
    Attorneys for DR. JAMES CORBETT

DATED: October 26, 2009

ERWIN CHEMERINSKY
University of California Irvine School of Law


By: /s/ Erwin Chemerinsky
    Erwin Chemerinsky
    Attorneys for DR. JAMES CORBETT

TENNER JOHNSON LLP
LOS ANGELES | RIVERSIDE

3

REPRESENTATION STATEMENT OF DEFENDANT DR. JAMES CORBETT

**GENERAL ORDER 45 ATTESTATION**

I, J. Craig Johnson, am the ECF User whose identification and password are being used to file this Representation Statement of Defendant DR. JAMES CORBETT. In compliance with General Order 45.X.B., I hereby attest that Erwin Chemerinsky has concurred in this filing.

DATED: October 26, 2009

<div style="text-align:right">

TENNER JOHNSON LLP


By: /s/ J. Craig Johnson
    J. Craig Johnson
    Attorneys for DR. JAMES CORBETT

</div>

**CERTIFICATE OF SERVICE**

I, J. Craig Johnson, hereby certify that on October 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record. Furthermore, I served the foregoing to all counsel of record by electronic mail.

DATED: October 26, 2009

                                     TENNER JOHNSON LLP

                                     By:   /s/ J. Craig Johnson
                                            J. Craig Johnson
                                            Attorneys for DR. JAMES CORBETT