ADVOCATES FOR FAITH AND FREEDOM
Robert H. Tyler, CA Bar No. 179572
Jennifer L. Monk, CA Bar No. 245512
24910 Las Brisas Road, Suite 110
Murrieta, CA 92562
Telephone: (951) 304-7583
Facsimile: (951) 600-4996
rtyler@faith-freedom.com
jmonk@faith-freedom.com

Attorneys for Plaintiffs – Appellants
**C.F., BILL FARNAN** and **TERESA FARNAN**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **C.F.,** a minor, by and through his parents **BILL FARNAN** and **TERESA FARNAN**; <br><br> Plaintiffs – Appellants, <br><br> vs. <br><br> **CAPISTRANO UNIFIED SCHOOL DISTRICT; DR. JAMES CORBETT**, individually and in his official capacity as an employee of Capistrano Unified School District; and **DOES 1 through 20** inclusive, <br><br> Defendants – Appellees. <br><br> **CALIFORNIA TEACHERS ASSOCIATION/NEA; and CAPISTRANO UNIFIED EDUCATION ASSOCIATION,** <br><br> Intervenors – Appellees | Case No.: SACV07-1434 JVS (ANX) <br><br> **NOTICE OF APPEAL** <br><br> Dept:    10C <br> Judge:    James V. Selna |

///

///

///

**NOTICE OF APPEAL**            **SACV07-1434 JVS (ANX)**

Notice is hereby given that all plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court entered in this action on September 24, 2009, and all orders that gave rise to the judgment, including but not limited to orders entered on the docket in this action on May 1, 2009, July 27, 2009, and September 15, 2009, and any final judgment that may be entered thereafter. There are no related cases.

DATED: October 26, 2009                    ADVOCATES FOR FAITH AND FREEDOM

                                                  By:  s/Jennifer L. Monk
                                                      Jennifer L. Monk
                                                      Email: jmonk@faith-freedom.com
                                                      Attorney for Plaintiffs – Appellants

# CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 24910 Las Brisas Road, Suite 110, Murrieta, California 92562.

On October 26, 2009, I caused to be served the foregoing documents described below on the following interested parties in this action:

**NOTICE OF APPEAL and CIVIL APPEALS DOCKETING STATEMENT**

☒ Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **Michael D Hersh**
  mhersh@cta.org
- **Roberta A Kraus**
  bkraus@wss-law.com
- **Daniel K Spradlin**
  dspradlin@wss-law.com
- **J. Craig Johnson**
  cjohnson@tennerjohnson.com
- **Christian A. Hickersberger**
  chickersberger@tennerjohnson.com

Executed on October 26, 2009, at Murrieta, California.

☒ (Federal) I declare that I am a member of the Bar of this Court at whose direction the service was made.

                                               s/ Jennifer L. Monk
                                        Email: jmonk@faith-freedom.com